# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyre Dobbins, | No. CV-16-00787-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Midland Funding LLC, et al., | |
| Defendants. | |

The Court has been advised that this case has settled (Doc. 12).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **June 3, 2016** without further leave of Court.

Dated this 3rd day of May, 2016.

Honorable G. Murray Snow
United States District Judge